## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

### CASE NO.: 1:19-cv-02120

LICKERISH, LTD. and PHILL TAYLOR,

      Plaintiffss,

v.

LAWRENCE COVELL, INC.,

      Defendant.

### **COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiffs LICKERISH, LTD. AND PHILL TAYLOR by and through undersigned counsel, bring this Complaint against Defendant LAWRENCE COVELL, INC. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.    Plaintiffs LICKERISH, LTD. AND PHILL TAYLOR ("Taylor") (collectively referred to herein as "Plaintiffs"), bring this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Plaintiffs' original copyrighted works of authorship.

2.    Lickerish is a high-quality photographic syndication company that provides images to communication businesses. Through its extensive library of pictures of celebrities and models taken by internationally renowned photographers, Lickerish has developed a large worldwide clientele.

3. Taylor is a prominent London based photographer and film maker. Taylor's clients include Marie Claire UK, Vogue.Com, Humanity Magazine, Guardian Lags, Elle UK, Magnum Ice Cream, Citizens of Humanity among others.

4. Defendant LAWRENCE COVELL, INC. ("Covell") is an upscale fashion retailer based in Denver.

5. Plaintiffs allege that Covell copied Plaintiffs' copyrighted Work from the internet in order to advertise, market and promote its business activities. Covell committed the violations alleged in connection with Covell's business for purposes of advertising and promoting sales to the public in the course and scope of Covell's business.

## JURISDICTION AND VENUE

6. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8. Defendant is subject to personal jurisdiction in Colorado.

9. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

10. Lawrence Covell, Inc. is a Colorado corporation with its principal place of business at 225 Steele Street, Denver, CO 80206, and can be served by serving its Registered Agent, Lawrence G. Covell, 225 Steele Street, Denver, CO 80206 at the same address.

## THE COPYRIGHTED WORK AT ISSUE

11.     In 2017, Taylor created a photograph entitled "170711_THATTICO_01596.jpg," which is shown below and referred to herein as the "Work".



12.     Plaintiffs registered the Work with the Register of Copyrights on September 25, 2017 and were assigned the registration number VA 2-070-777.  The Certificate of Registration is attached hereto as Exhibit 1.

13. At all relevant times Plaintiffs were the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANT

14. Covell has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Covell copied the Work.

16. Covell copied Plaintiffs' copyrighted Work without Plaintiffs's permission.

17. After Covell copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its retail clothing business.

18. Covell copied and distributed Plaintiffs' copyrighted Work in connection with Covell's business for purposes of advertising and promoting Covell's business, and in the course and scope of advertising and selling products and services.

19. Plaintiffs' Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. Covell committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

21. Plaintiffs never gave Covell permission or authority to copy, distribute or display the Work at issue in this case.

22. Plaintiffs notified Covell of the allegations set forth herein on April 4, 2018 and June 15, 2018. To date, the parties have failed to resolve this matter. Copies of the Notices to Covell are attached hereto as Exhibit 3.

**SRIPLAW**
21301 POWERLINE ROAD, SUITE 100, BOCA RATON, FL 33433

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Plaintiffs incorporate the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Plaintiffs own a valid copyright in the Work at issue in this case.

25. Plaintiffs registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Covell copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Plaintiffs' authorization in violation of 17 U.S.C. § 501.

27. Covell performed the acts alleged in the course and scope of its business activities.

28. Plaintiffs have been damaged.

29. The harm caused to Plaintiffs has been irreparable.

WHEREFORE, the Plaintiffs pray for judgment against the Defendant Covell that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendant be required to pay Plaintiffs their actual damages and Defendant's profits attributable to the infringement, or, at Plaintiffs' election, statutory damages, as provided in 17 U.S.C. § 504;

c. Plaintiffs be awarded their attorneys' fees and costs of suit under the applicable statutes sued upon; and

d. Plaintiffs be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury of all issues so triable.

DATED: July 23, 2019                             Respectfully submitted,


*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 -  Telephone
561.404.4353 – Facsimile

and

WILLIAM S. WENZEL
info@redroadlegal.com

**RED ROAD LEGAL, PC**
7650 East Kenyon Avenue
Denver, CO  80237
888.443.5485 – Telephone

*Attorneys for Plaintiff Lickerish, Ltd. and Phill Taylor*