IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 19-cv-02120-REB-NYW

LICKERISH, LTD., and
PHILL TAYLOR,

    Plaintiffs,

v.

LAWRENCE COVELL, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter is before me on the parties' **Stipulation of Dismissal** [#22],[1] filed April 15, 2020. After reviewing the stipulation and the record, I conclude the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#22], filed April 15, 2020, is approved; and

2. That plaintiffs' claims are dismissed with prejudice, with each party to pay their own attorney fees and costs;

3. That all pending deadlines and hearings, including the combined Final Pretrial/Trial Preparation Conference set December 3, 2020, and trial set to commence December 28, 2020, are vacated; and

4. That this case is closed.

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated April 15, 2020, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

2